UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RICHARD A. RIVERS, SR.,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-11-0004-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 19th day of June, 2012.

                                    JAMES R. LARSEN
                                  District Court Executive/Clerk

                         by:   s/Pamela A. Howard
                                    Deputy Clerk

cc: all counsel